# Court of Appeals
# of the State of Georgia

ATLANTA,   August 29, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0521.  HOLLIE L. INGRAM v. KEVIN D. LOUDERMILK, et al.

Hollie L. Ingram filed this application for discretionary appeal from the trial court's order that, inter alia, modified visitation.  Pursuant to OCGA § 5-6-34 (a) (11), however, a direct appeal is authorized from "[a]ll judgments in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Here, the trial court's order is a custody order as it increases the visitation rights of the intervenors, and "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013).

We will grant a timely-filed discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Ingram shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, she has already filed a notice of appeal, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/29/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*